IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


UNITED STATES OF AMERICA

VS.                                    CRIMINAL NO. 5:99-cr-8(DCB)

TERRANCE CARVELL GUINN


ORDER

This cause is before the Court on the defendant Terrance Carvell Guinn's motion for in forma pauperis (IFP) status **(docket entry 61)** to appeal this Court's denial of his petition for writ of error coram nobis challenging his 1999 guilty plea and conviction. A movant for IFP status on appeal must show that he is a pauper and that he will present a non-frivolous issue on appeal.  See Carson v. Polley, 689 F.2d 562, 586 (5th Cir. 1982).  Guinn has failed to demonstrate that he seeks to present a non-frivolous issue for appeal; therefore, his motion for IFP status shall be denied. Accordingly,

IT IS HEREBY ORDERED that the defendant Terrance Carvell Guinn's motion to proceed IFP **(docket entry 61)** on appeal is DENIED.

SO ORDERED, this the ___25th___ day of April, 2008.


                                    __s/ David Bramlette_____
                                    UNITED STATES DISTRICT JUDGE